UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No.:

| | |
|---|---|
| UNITED STATES OF AMERICA<br>C/O Herbert A. Rosenthal<br>1020 19TH STREET, N.W., SUITE 400<br>WASHINGTON, DC 20036<br><br>vs.<br><br>Debra A. Epard | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**COMPLAINT FOR MONIES OWED TO THE UNITED STATES**

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345, and 28 U.S.C. § 3004.

### The Debt

#### First Cause of Action - Claim Number: C106-00358

2. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal (after application of all prior payments, credits, and offsets) | $24,867.91 |
| B. Current Capitalized Interest Balance and Accrued Interest | $19,772.10 |
| C. Administrative Fee, Costs, Penalties | $.00 |
| Total Owed - Claim Number C106-00358 | $44,640.01 |

#### Second Cause of Action - Claim Number: C106-00359

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal (after application of all prior payments, credits, and offsets) | $5,083.32 |
| B. Current Capitalized Interest Balance and Accrued Interest | $4,041.67 |
| C. Administrative Fee, Costs, Penalties | $.00 |
| Total Owed - Claim Number C106-00359 | $9,124.99 |

**Third Cause of Action - Claim Number: C106-00360**

4. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal (after application of all prior payments, credits, and offsets) | $20,970.49 |
| B. Current Capitalized Interest Balance and Accrued Interest | $16,699.56 |
| C. Administrative Fee, Costs, Penalties | $.00 |
| Total Owed - Claim Number C106-00360 | $37,670.05 |

**TOTAL OWED (Claim Numbers C106-00358, C106-00359, and C106-00360) $91,435.05**

The Promissory Notes are attached as *Exhibits A1, A2, A3, A4, A5, A6, A7 and A8*, and the Certificate of Indebtedness, attached as *Exhibits B1, B2 and B3* show the total owed excluding attorney's fees, and the. The principal balance and the interest balance shown on the respective Certificates of Indebtedness, are correct as of the date of the Certificates of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum on Claim Number C106-00358, 8.000% per annum on Claim Number C106-00359, and 6.650% per annum on Claim Number C106-00360.

**Failure to Pay**

6. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 2, 3, and 4 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees of 32.000% of the total owed, to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

/s/

Herbert A. Rosenthal
Suite 400
1020 19th Street, N.W.
Washington, DC  20036
Tel. (202) 785-9773
Fax. (202) 659-3526
Attorneys for the United States of America

Case 1:06-cv-00931-DAR   Document 1   Filed 05/17/2006   Page 3 of 3