

APPLICATION/PROMISSORY NOTE
STAFFORD STUDENT LOAN
(formerly named the California Guaranteed Student Loan)
California Student Aid Commission, Guarantor

APPLICATION / PROMISE TO REPAY

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS BLUE COPY.

WARNING: If you use this form to establish eligibility for federal student aid and you purposely give false or misleading information, you may get a $10,000 fine, a prison sentence, and/or criminal prosecution under California Codes.

PART A—COMPLETED BY STUDENT

9601540077 PRINT OR TYPE ALL ENTRIES

1 Social Security Number: 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
2 Applicant's Last Name: Epard — First Name: Debora — MI: A
3 Date of Birth: 3 16 55
4 Permanent Home Address: 1790 34th Ave
5 Home Phone: (415) 959 7536
City: San Francisco — State: CA — Zip Code: 94122
6 U.S. Citizenship: A. U.S. Citizen or National [X] B. Eligible Non-Citizen [ ] C. Neither [ ]
7 Address and Phone While Attending School (if known): Same
8 State of Permanent Residence: State Code CA — Since 1 1978
9 Driver's License: State Code MD — Number E-163-195-…
10 Major Course of Study Code (See Instructions): 29

11 REFERENCES

| | 11A | 11B | 11C |
|---|---|---|---|
| Type | Other Adult Relative [X] | Other Adult Relative [X] | Other Adult Relative [X] |
| Name | Susan Martin | Shirley Appel | Dora Ep… |
| Address | 3810 Arbutus Ave | P.O. Box 1415 | 12220 Hibiscus Drive |
| City, State, Zip | Baltimore MD 21203 | Waynesville North Carolina 28786 | Los Altos Hills CA 94022 |
| Phone | (301) 486 7478 | (304) 932 1037 | (415) 949 4082 |

12 Previous Stafford Loans (most recent loan)

| A) Lender/Holder and Address | B) Loan Type | C) Total Amount Owed | D) School Period Beginning Date | Ending Date | E) Interest Rate |
|---|---|---|---|---|---|
| Wells Fargo | | $ 9500 | 7/1/90 | 3/22/91 | 8% |
| " | | $ 11,250 | | | 8% |
| | | $ | | | |
| | | $ | | | |

13 Do you have any outstanding Stafford (GSL), SLS or PLUS loan made for a period of enrollment prior to July 1, 1988 or a Consolidation loan? Yes [ ] No [X]

14 Requested Loan Amount: $ 3,345
15 Loan Period Covered by This Loan: From 4/91 To 6/91
16 Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal state educational grant? Yes [ ] No [X]
17 Name and City/State of Lender: Wells Fargo Bank Walnut Creek

PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION

PROMISE TO PAY: I, the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder all of the LOAN AMOUNT REQUESTED (Item 14 above).

$ 3,345.00

18. Write the dollar amount requested—must be the same as Item 14

or amount advanced to me plus amounts described on the reverse side of this Note and listed for me on the Disclosure Statement which I will receive no later than when I receive my loan check(s). My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "Borrower Certification" on the reverse side of this Note.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE DISCLOSURE STATEMENT AND ANY AGREEMENTS I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THIS DOCUMENT.

19 X Debora Epard — Signature of Student-Borrower — 20 2/22/91 Date

NOTICE TO STUDENT BORROWER: Read TERMS OF PROMISSORY NOTE on reverse side.

PART B—COMPLETED BY FINANCIAL AID OFFICER — PRINT OR TYPE ALL ENTRIES

21 School Code: 022265
LIFE CHIROPRACTIC COLLEGE-WEST, 2005 Via Barrett, San Lorenzo, CA 94580 — Phone (415) 276-9013
A CAIS [ ]
23 Enrollment Status: Full-time [X] Half-time or Greater [ ] Less than Half-time [ ]
24 Anticipated Completion Date: 6-91
25 Grade Level: Graduate or Professional [X]
26 Dependency Status: Dependent [ ] Independent [X]
27 Enrollment period covered by Loan: From 4-1-91 To 6-14-91
28 Family Adjusted Gross Income: $ Ø
29 Estimated Cost of Attendance of Loan Period: $ 4545
30 Estimated Financial Aid for Loan Period: $ —
31 Expected Family Contribution: $ 1200
32 Net Cost: $ 3345
33 Recommended Disbursement Date(s): 03/15/91 5/1/91
My signature certifies that I have read and agree to the conditions given in the School Certification printed on the reverse of this application.
34 Signature of Authorized School Official: X Cindy Contreras 2/22/91 — Cindy Contreras, FA Advisor

PART C—COMPLETED BY LENDER — PRINT OR TYPE ALL ENTRIES

35 Lender Code/Name
36 Signature of Authorized Lending Official: X …LLS FARGO … LEVEALE 2/28 … OFFICER
37 Loan Amount: $ 3345
38 %: 8
39 Anticipated Date(s): 3/14 5/9
40 Disbursement Amount: $ 1673 $ 1672 $

EXHIBIT A1

# TERMS OF THE PROMISSORY NOTE

B. CHARGES AND COSTS

B1. [illegible]

[illegible]

"All right, title, and interest of the undersigned is hereby assigned, without warranty, except that this loan qualifies for insurance to the California Student Aid Commission."

EduServ Technologies, Inc.

as authorized agent of Union Bank, trustee for California Higher Education Loan Authority

By: Dana M. Childress

Date: 11-14-95

B2. [illegible]

[illegible]

B3. [illegible]

[illegible]

B4. LATE CHARGES

[illegible]

B5. OTHER COSTS

[illegible]

C. [illegible] REPAYMENT

[illegible]

D. [illegible] DEFAULT

[illegible]

E. [illegible]

[illegible]

F. LAW [illegible]

[illegible]

G. PREPAYMENT

[illegible]

H. [illegible] PAYMENT BY [illegible]

[illegible]

I. PAYMENT BY THE STATE OF CALIFORNIA

[illegible]

J. [illegible] REPAYMENT

[illegible]

Pay to the order of the United States Department of Education by the California Student Aid Commission

Defaulted Accounts

P.O. Box 419032

Rancho Cordova, CA 95741-9032

[illegible]

FEB 4 2003

[illegible]

K. [illegible] OF REPAYMENT TERMS

[illegible]

[illegible] STATEMENT

[illegible]

98 FEB 23 AM 8:18

[illegible] STATEMENT

[illegible]

CC APP R+ PROOF TO EPS 6/7/90

P-Y-F

| STUDENT APPLICATION |
|---|
| PROMISE TO REPAY |

# APPLICATION/PROMISSORY NOTE
## STAFFORD STUDENT LOAN
(formerly named the California Guaranteed Student Loan)
California Student Aid Commission, Guarantor

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS BLUE COPY.

WARNING: If you use this form to establish eligibility for federal student aid and you purposely give false or misleading information, you may get a $10,000 fine, a prison sentence, and/or criminal prosecution under California Codes.

**PART A—COMPLETED BY STUDENT** 9601540076 PRINT OR TYPE ALL ENTRIES

1. Social Security Number: 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
2. Applicant's Last Name: EPARD First Name: DEBRA M.I.: A
3. Date of Birth: MO DA YR 3/16/55
4. Permanent Home Address: 1790 24th Ave
5. Home Phone: (415) 759-7536
City: San Francisco State: CA Zip Code: 94122
6. U.S. Citizenship (See Instructions): A. U.S. Citizen or National ☑ B. Eligible Non-Citizen ☐ C. Not A or B ☐
If you checked B, list your Alien Registration Number: ______
7. Address and Phone While Attending School (if known):
8. State of Permanent Residence: State Code CA Since 3/1977 (MO YR)
9. Driver's License: State Code [illegible] Number [illegible]
10. Major Course of Study Code (See Instructions): [illegible]

11. REFERENCE REQUIREMENT—All references must be in the United States and be at different addresses

| | 11A. Other Adult Relative ☑ | 11B. Other Adult Relative ☑ | 11C. Other Adult Relative ☑ |
|---|---|---|---|
| Name | Nancy Smith | Susaki Martin | Dora Eip |
| Home Address | 7 Eldhik Ct | 38112 Arbutus Ave | 17720 Menlita Dr |
| City, State, ZIP Code | Baltimore MD 21093 | Baltimore MD 21207 | Los Altos CA 94022 |
| Phone | (301) 252-7762 | (301) 486-7081 | (415) 949-4087 |

12. Prior student loan history: List all CGSL/GSL loans you have received below (LIST MOST RECENT LOANS FIRST)

| A) Lender/Holder and Address | B) Guarantee Agency CSAC | Other | C) Total Amount Owed | D) Beginning Date | Ending Date | E) Interest Rate |
|---|---|---|---|---|---|---|
| Wells Fargo | (A) | B | $ 7,500 | 7/1/89 | 5/23/90 | 7% (8%) 9% 10% |
| " " | (A) | B | $ 3,750 | | | 7% (8%) 9% 10% |
| | A | B | $ | | | 7% 8% 9% 10% |
| | A | B | $ | | | 7% 8% 9% 10% |

13. Do you have any outstanding Stafford (CGSL), GSL, or PLUS loan for a period of enrollment prior to July 1, 1988 or a Consolidation loan which repaid loans made for a period of enrollment prior to July 1, 1988? Yes ☐ No ☒

14. Requested Loan Amount: I request a loan $ 7500.00
See borrowing limits and eligibility requirements

15. Loan Period Covered by This Loan: From 7/90 To 5/91 (MO YR)

16. [illegible] Yes ☒ No ☐

17. Name and City/State of Lender: Wells Fargo, Walnut Creek, CA.

**PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION**

PROMISE TO PAY: I, the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder all of the LOAN AMOUNT ACCEPTED (Item 14 above).

$ 7,500.00

18. Write the dollar amount requested—must be the same as Item 14

or amount advanced to me, plus amounts described on the reverse side of this Note and listed for me on the Disclosure Statement which I will receive no later than when I receive my loan check(s). My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "BORROWER CERTIFICATION STATEMENT" on the reverse side of this note.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE. THE DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THIS DOCUMENT.

19. X [signature] 20. 5/22/90
Signature of Student Borrower / Date

NOTICE TO STUDENT BORROWER: Read TERMS OF PROMISSORY NOTE on reverse side.

**PART B—COMPLETED BY FINANCIAL AID OFFICER** PRINT OR TYPE ALL ENTRIES

21. School Code: 022285 A. CALS ☐
22. Name and Address of School: Life Chiropractic College West, 2005 Via Barrett, San Lorenzo, CA 94580, Phone (415) 276-9013
23. Enrollment Status: Full-time ☑ Half-time or Greater ☐ Less than Half-time ☐
24. Anticipated Completion Date: NEW 09-91 (MO YR)
25. Grade Level: UNDERGRAD/VOCATIONAL 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ GRAD or PROFESSIONAL 6 ☐ 7 ☐ 8 ☐ 9 ☑ 10 ☐ COR 0 ☐
26. Dependency Status: Dependent ☐ Independent ☑
27. Enrollment period covered by Loan: From 07-09-90 To 03-22-91 (MO DA YR)
28. Family Adjusted Gross Income: $ 0
29. Estimated Cost of Attendance of Loan Period: $ 19160
30. Estimated Financial Aid for Loan Period: $ -0-
31. Expected Family Contribution: $ 1200
32. Net Cost: $ 17960
33. Recommended Disbursement Date(s): 06/20/90 09/11/90
My signature certifies that I have read and agreed to the certifications given in the School Certification Statement printed on the reverse of this application.
34. Signature of Authorized School Official: X Cindy Contreras 6/1/90
Cindy Contreras, FA Advisor
Print Name, Title, Date

**PART C—COMPLETED BY LENDER** PRINT OR TYPE ALL ENTRIES

35. Lender Code/Name: ☐☐☐☐☐☐☐☐☐☐☐
36. Signature of Authorized Lending Official: X WELLS FARGO BANK 813293 [signature] MICHELLE VEALE CREDIT OFFICER 6/6/90
Print Name, Title, Date
37. Loan Amount: $ 7500
38. %: 8
39. Anticipated Date(s): 6/20/90 9/11/90
40. Disbursement Amount(s): $ 3750 $ 3750 $

LENDER COPY

EXHIBIT A-2

# TERMS OF THE PROMISSORY NOTE

B. CHARGES AND COSTS

B.1 INTEREST

[illegible]

All right, title, and interest of the undersigned is hereby assigned, without warranty, except [illegible] California Student Aid Commission for insurance to the California Student Aid Commission.

EduServ Technologies, Inc. [illegible] as authorized agent of Union Bank's trustee for California Higher Education Loan Authority.

By: Dana M. Childress

Date: 11-14-95

[illegible]

B.4 LATE CHARGES

[illegible]

B.5 OTHER COSTS

[illegible]

C. TERMS OF REPAYMENT

[illegible]

D. ACCELERATION/DEFAULT

[illegible]

E. CREDIT BUREAU NOTIFICATION

[illegible]

F. BANKRUPTCY

[illegible]

G. PREPAYMENT

[illegible]

H. REPAYMENT OR DEFERMENT EXTENSION

[illegible]

I. [illegible] BY THE STATE OF CALIFORNIA

[illegible]

J. DEFERMENT OF PAYMENT

[illegible]

All rights, title and interest of the California Student Aid Commission [illegible] hereby assigned [illegible] United States Department of Education [illegible]

Patricia [illegible]
EDFUND Asst. Vice President
Defaulted Accounts [illegible]
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032

FEB 14 '03

[illegible]

BORROWER'S CERTIFICATION STATEMENT

[illegible]

(4)

8/17/88 8/12/88 8/15/88

STUDENT APPLICATION

PROMISE TO REPAY

APPLICATION/PROMISSORY NOTE
CALIFORNIA GUARANTEED STUDENT LOAN
California Student Aid Commission, Guarantor

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS BLUE COPY

WARNING: This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

9601540074

PART A—COMPLETED BY STUDENT — PRINT OR TYPE ALL ENTRIES

1. Social Security Number: 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
2. Applicant's Last Name: Edward — First Name: Debra — M.I.: A
3. Date of Birth: 3 16 55
4. Permanent Home Address: 1790 34th Ave San Francisco
5. Home Phone: (415) 753-2694
6. U.S. Citizenship: A. U.S. Citizen or National [X]  B. Eligible Non-Citizen [ ]  C. Not A or B [ ]
If you checked B, list your Alien Registration Number: [ ]
City: San Francisco — State: California — ZIP Code: 94122
7. Address and Phone While Attending School (if known): Same
8. Date of Permanent Residence: State Code [CA] Since [Sept 1977]
9. Driver's License: State Code [MD] Number [E-163-139-067-19]
10. Major Course of Study Code (see instructions): 16

11. REFERENCE REQUIREMENT—All references must be in the United States and be at different addresses.

| | 11A. Parent or Guardian [ ] Other Adult Relative [X] | 11B. Other Parent if at different address from 11A [ ] Other Adult Relative [X] | 11C. Other Adult Relative [X] Friend [X] |
|---|---|---|---|
| Name | Doris Kip | Susan Marquis | Sandra Keys Henry |
| Home Address | 1220 Menalto Drive | 3810 Albemarle Ave | 435 [illegible] |
| City, State | Los Altos CA 94022 | Bethesda MD 20815 | Pasadena [illegible] MD 21122 |
| Phone | (415) 949-4082 | (301) 986-7081 | (301) 437-3362 |

12. Prior student loan history: List all FISL/GSL loans you have received below. (LIST MOST RECENT LOANS FIRST)

| A) Lender Name and Address | B) Guarantee Agency: CSAC | Other | C) Total Amount Owed | D) School Period of your most recent loan: Beginning Date | Ending Date | E) Interest Rate |
|---|---|---|---|---|---|---|
| CSLP (1983) GSC (New College Ca) Wells Fargo San Francisco | (A) | B | $ 2,331.58 | 1/8/86 | 6/9/88 | 7% 8% 9% 10% |
| P.O. Box 19719 | A | B | $ | | | 7% 8% 9% 10% |
| Irvine CA 92713 | A | B | $ | | | 7% 8% 9% 10% |
| | A | B | $ | | | 7% 8% 9% 10% |

13. Requested Loan Amount: I request CGSL [$ 7,500] LIST AMOUNT REQUESTED AND TRANSFER TO 17 AND 18. See borrowing limits and eligibility requirements.

14. Enrollment Period Covered by This Loan: From [7/88] To [3/89]

15. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant? Yes [ ] No [X]

16. Name and City/State of Lender: Wells Fargo

PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION

PROMISE TO PAY 1. the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder, all of the LOAN AMOUNT REQUESTED (item 13 above):

17. Seven Thousand and five hundred Dollars 18. ($ 7,500 .00)

Spell and list the dollar amount requested—must be same as item 13

or amount advanced to me, plus amounts described on the reverse side of this Note and listed for me on the Disclosure Statement which I will receive no later than when I receive my loan check(s). My signature certifies that I have read, understood and agree to the conditions and authorizations stated in the "BORROWER CERTIFICATION STATEMENT" on the reverse side of this note.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE READING IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE DISCLOSURE STATEMENT AND ANY AGREEMENTS I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THIS DOCUMENT.

19. X Debra Edward — 20. 6/28/88
SIGNATURE OF STUDENT BORROWER — DATE

NOTICE TO STUDENT BORROWER: Read TERMS OF PROMISSORY NOTE on reverse side.

PART B—COMPLETED BY FINANCIAL AID OFFICER — PRINT OR TYPE ALL ENTRIES

21. School Code: 022285 — A. CALB [ ]
22. Name and Address of School: LIFE CHIROPRACTIC COLLEGE WEST, 2005 Via Barrett, San Lorenzo, CA 94580 Phone (415) 726-9013
23. Enrollment Status: Full-time [X] Half-time or Greater [ ] Less than Half-time [ ]
24. Anticipated Completion Date: 6/90
25. Grade Level: UNDERGRAD, VOCATIONAL 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ]; GRAD or PROFESSIONAL 6 [ ] 7 [X] 8 [ ] 9 [ ] 10 [ ]; COR 0 [ ]
26. Dependency Status: Dependent [ ] Independent [X]
27. Enrollment period covered by Loan: From 7/12/88 To 3/17/89
28. Family Adjusted Gross Income: $ -0-
29. Estimated Cost of Attendance of Loan Period: $ 17373
30. Estimated Financial Aid for Loan Period: $ 4000
31. Expected Family Contribution: $ 1200
32. NET COST: $ 12173
33. Recommended Disbursement Date(s): 8/1/88 | 4/29/88 | [ ]

My signature certifies that I have read and agreed to the conditions given to the School Certification Statement printed on the REVERSE of this application.

34. Signature of Authorized School Official: X Brenda B. Johnson, Asst. Financial Aid Officer — 6/30/88

PART C—COMPLETED BY LENDER — PRINT OR TYPE ALL ENTRIES

Aug 1, 1988

35. Lender Code, Name: WELLS FARGO BANK NA, 2730 [illegible] DR, WALNUT [illegible] CA 94598 — 4180290
36. Signature of Authorized Lending Official, Title, Date: X Sherry [illegible]
37. Loan Amount: $7500
38. %: 8
39. Anticipated Disbursement Date(s): [illegible]
40. Disbursement Amount: $ 3750 / $ 3750 / $

LENDER COPY

EXHIBIT A3

# TERMS OF THE PROMISSORY NOTE

[illegible]

"All right, title, and interest of the undersigned [illegible] hereby assigned, without warranty, except that the [illegible] for insurance to the California Student Aid Commission [illegible]

EduServ Technologies, Inc.
as authorized agent of Union Bank, trustee for California [illegible]
Higher Education Loan Authority.

By: Dana M. Chikiegi

Date: 1-14-95

"All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this endorsement"

Patricia A. Neumann
EDFUND Asst. Vice President
Defaulted Assets Mgmt. Branch
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032

FEB 4 '03

[illegible]

(7)

8903332

STUDENT APPLICATION
PROMISE TO REPAY

APPLICATION/PROMISSORY NOTE
SUPPLEMENTAL LOANS FOR STUDENTS
(known as California Loans to Assist Students (CLAS) in California)
California Student Aid Commission, Guarantor

MAY 24 1989

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS BLUE COPY

WARNING: This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

9503160049

PART A—COMPLETED BY STUDENT — PRINT OR TYPE ALL ENTRIES

1. Social Security Number: 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
2. Applicant's Last Name: Egaud
First Name: Debra
3. Date of Birth (MO DA YR): 03 16 55
4. Permanent Home Address: 1790 34th Ave
5. Phone Number: (415) 753-2694
6. U.S. Citizenship: A. U.S. Citizen or National [X]
City: San Francisco State: CA Zip: 94122
7. Address and Phone While Attending School: same
8. State of Permanent Residence: State Code CA Since 8 76 (MO YR)
10. Driver's License: State Code MD Number E-163-137-062-179
11. Major: [2]

12. REFERENCE REQUIREMENT—All references must be in the United States and be at different addresses.

| | A. Other Adult Relative | B. Other parent | C. |
|---|---|---|---|
| Name | Nancy Smith | Susan Martin | Dominic Alessio |
| Home Address | 2 Elgin Ct | 3810 Arbutus Ave | 834 [illegible] |
| City, State, ZIP Code | Lutherville MD 21093 | Baltimore, MD 21207 | Chula Vista CA 92011 |
| Phone | (301) 252-7762 | (301) 486-4081 | (619) 420-5159 |

13. Prior student loan history: List all PLUS, ALAS, CLAS, or SLS loans you have received below (LIST MOST RECENT LOANS FIRST)

| A) Lender/Holder and Address | B) Guarantee Agency CSAC | Other | C) Total Amount Owed | D) School Period Beginning Date | Ending Date | E) Interest Rate |
|---|---|---|---|---|---|---|
| CLAS/GWB | (A) | B | $ 4,000 | | | 12% / ✓ Variable |
| | A | B | $ | | | 12% / Variable |
| | A | B | $ | | | 12% / Variable |
| | A | B | $ | | | 12% / Variable |

14. Requested Loan Amount: I request SLS $ 4,000
LIST AMOUNT REQUESTED AND TRANSFER TO ITEM 19.
See borrowing limits and eligibility requirements

15. Enrollment Period Covered by This Loan: From 7/89 To 3/90

16. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant? Yes [✓] No [X]

17. Name and City/State of Lender: Great Western Bank

18. Repayment Terms

PROMISSORY NOTE FOR THE SUPPLEMENTAL LOAN FOR STUDENTS (SLS) (also known as California Loans to Assist Students (CLAS) in California)

PROMISE TO PAY: I, the undersigned student-borrower (identified above) promise to pay to my lender or a subsequent holder of this promissory note all of the principal sum of

19. $ 4,000.00
(Write your Requested Loan Amount — Must be same as item 14)

or the amount advanced to me, plus amounts described on the reverse side of this Note and described to me on the Disclosure Statement which I will receive no later than when I receive my loan check. My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the Borrower Certification Statement on the reverse side of this note.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE I READ IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE DISCLOSURE STATEMENT AND ANY AGREEMENTS I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THIS DOCUMENT. I ALSO UNDERSTAND THAT THE PROCEEDS OF THIS SLS LOAN WILL BE SENT TO THE SCHOOL LISTED ON MY APPLICATION FOR DELIVERY TO ME.

20. Debra Egaud — Signature of Borrower — Date 5/10/89

NOTICE TO BORROWER — Read TERMS OF PROMISSORY NOTE ON REVERSE

PART B—COMPLETED BY FINANCIAL AID OFFICER — PRINT OR TYPE ALL ENTRIES

21. School Code: 022285
A. CALS
22. Name and Address of School: Life Chiropractic College West, 2005 Via Barrett, San Lorenzo, CA 94580 Phone (415) 276-9013
23. Enrollment Status: Fulltime [✓]
24. Anticipated Completion Date: 9/90
25. Grade Level: Grad or Professional [8 ✓]
26. Dependency Status
27. Enrollment period covered by Loan: From 7/10/89 To 3/23/90
28. —
29. Estimated Cost of Attendance of Loan Period: $ 17985
30. Estimated Financial Aid for Loan Period: $ 7500
31. —
32. Net Cost: $ 10485
33. Recommended Disbursement Date (optional): 6/21/89, 10/5/89
My signature certifies that I have read and agreed to the statements given in the School Certification Statement printed on the REVERSE of this application.
34. Signature of Authorized School Official: X Maureen Wilson 5/23/89
Maureen Wilson, Fin. Aid Officer — Print Name, Title, Date

PART C—COMPLETED BY LENDER — PRINT OR TYPE ALL ENTRIES

35. Lender Code/Name | 36. Signature of Authorized Lending Official X | 37. Loan Amount $ | 38. | 39. Anticipated Date(s) | 40. Disbursement Amount(s) $
41. First Payment Due Date | 42. Maturity Date | 43. Number of Monthly Payments | 44. Monthly Payment Amount $
Print Name, Title, Date

LENDER COPY

PLAINTIFF'S
EXHIBIT
A-4

"All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this endorsement."

Patricia A. Newman
EDFUND Asst. Vice President
Defaulted Assets Mgmt. Branch
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032

FEB 4 '03

Signature

"All right, title and interest of the undersigned is hereby assigned without warranty, except that the note qualifies for insurance to the California Student Aid Commission."

AMERICAN EDUCATIONAL SERVICES

Director, Student Loan Servicing Center

14 MAR 1995

Date

(6)

STUDENT APPLICATION

PROMISE TO REPAY

**APPLICATION/PROMISSORY NOTE**
**SUPPLEMENTAL LOANS FOR STUDENTS**
(Known as California Loans to Assist Students (CLAS) in California)
California Student Aid Commission, Guarantor

CLIENT COPIES OF FORM TO SCHOOL FOR PROCESSING STUDENT RETAINS BLUE COPY

WARNING: This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

9101479

PART A—COMPLETED BY STUDENT — PRINT OR TYPE ALL ENTRIES

MAR 2 6 1991

1. Social Security Number: 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
2. Applicant's Last Name: Spaid — First Name: Debra — M.I.: A
3. Date of Birth (MO DA YR): 3 16 55
4. Permanent Home Address: 1790 34th Ave — 9503160051
5. Home Phone: (415) 759-7536
City: San Francisco — State: CA — Zip Code: 94122
6. U.S. Citizenship: A. U.S. Citizen or National [X]
7. Address and Phone While Attending School (if known): same
9. State of Permanent Residence: State Code CA — Since 1978
10. Driver's License: State Code ID — Number [illegible]

12. REFERENCE REQUIREMENT—All references must be in the United States and have different addresses.

| | A. | B. | C. |
|---|---|---|---|
| Name | Susan Merkin | Shirley Appel | Darlene [illegible] |
| Home Address | 3810 [illegible] | P.O. Box 1415 | 12270 [illegible] Drive |
| City, State, Zip Code | Baltimore, MD | [illegible] North Carolina 28786 | Los Altos Hills CA 94022 |
| Phone | (301) 486-9091 | (904) 926 1032 | (415) 949 4052 |

13. Prior student loan history: List all PLUS, ALAS, CLAS, or SLS loans you have received below (LIST MOST RECENT LOANS FIRST)

| A) Lender Holder and Address | B) Guarantee Agency CSAC | Other | C) Total Amount Owed | D) School Period of your most recent loan: Beginning Date | Ending Date | E) Interest Rate |
|---|---|---|---|---|---|---|
| GREAT WESTERN | A | B | $ 4,000 | 7/9/90 | 3/29/91 | |
| " " | A | B | $ 8,000 | | | |
| | A | B | $ | | | |
| | A | B | $ | | | |

14. Requested Loan Amount: I request SLS $ 1,200

15. Enrollment Period Covered by This Loan: From 4/91 To 6/91

16. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant? Yes [ ] No [X]

17. Name and City/State of Lender: Great Western Northridge

PROMISSORY NOTE FOR THE SUPPLEMENTAL LOANS FOR STUDENTS (SLS) PROGRAM (CLAS)

PROMISE TO PAY: I, the undersigned student borrower (certified above) promise to pay to the order of the lender or a subsequent holder of this promissory note [illegible]

to $ 1,200.00

(Write your Requested Loan Amount — Must be same as item 14)

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE [illegible] I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THIS PROMISSORY NOTE [illegible]

Signature: Debra Spaid — Date: 2/22/91

PART B—COMPLETED BY FINANCIAL AID OFFICER — PRINT OR TYPE ALL ENTRIES

21. School Code: 022385
LIFE CHIROPRACTIC COLLEGE-WEST
2005 Via Barrett
San Lorenzo, CA 94580
Phone: (415) 276-9013

22. Enrollment Status: Full-time [X]
24. Anticipated Completion Date: 6-91
27. Enrollment period covered by Loan: From 4-1-91 To 6-14-91
29. Estimated Cost of Attendance of Loan Period: $ 4545
30. Estimated Financial Aid for Loan Period: $ 3345
32. Net Cost: 1200
33. Recommended Disbursement Date (optional): 4/1/91 — 5/9/91
34. Signature: Cindy Contreras 3/25/91 — Cindy Contreras F.A. Advisor (Print Name, Title, Date)

PART C—COMPLETED BY LENDER — PRINT OR TYPE ALL ENTRIES

Print Name, Title, Date

LENDER COPY

PLAINTIFF'S EXHIBIT A5

"All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this endorsement"

Patricia A. Newman
EDFUND Asst. Vice President
Defaulted Accounts Mgmt. Branch
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032

FEB 4 '03

Signature

"All right, title and interest of the undersigned is hereby assigned without warranty, except that the rate condition the insurance to the California Student Aid Commission."

AMERICAN EDUCATIONAL SERVICES
"An Agent For Student Loan Marketing Association"

Director, Student Loan Servicing Center

14 MAR 1995

Date

(6)

9003281

STUDENT APPLICATION

PROMISE TO REPAY

APPLICATION/PROMISSORY NOTE
SUPPLEMENTAL LOANS FOR STUDENTS
(known as California Loans to Assist Students (CLAS) in California)
California Student Aid Commission, Guarantor

WARNING: This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

JUN 05 1990

PART A—COMPLETED BY STUDENT

PRINT OR TYPE ALL ENTRIES

2. Applicant's Last Name: EPARD
First Name: DEBRA

3. Date of Birth: 3/16/55

4. Permanent Home Address: 1790 34th AVE
City: SAN FRANCISCO
State: CA
ZIP Code: 94122

5. Home Phone: (415) 759-7536

7. Address and Phone While Attending School: Same

6. U.S. Citizenship: A. U.S. Citizen or National ☑

9. State of Permanent Residence: State Code CA, Date 3/77

10. Driver's License: State Code MD

11. 9503160050

12. REFERENCE REQUIREMENT—All references must be in the United States and be at different addresses

| A. | B. | C. |
|---|---|---|
| Other Adult Relative ☑ | Other Adult Relative ☑ | Other Adult ☑ |
| Nancy Smith | Susan Martin | Dora [illegible] |
| 7 Elphin Ct | 3810 Arkadelphia Ave | 12220 [illegible] |
| Baltimore MD 21093 | Baltimore MD 21207 | Los Altos CA 94022 |
| (301) 252-7762 | (301) 486-7081 | (415) 9[illegible] 4082 |

13. Prior student loan history: List all PLUS, ALAS, CLAS, or SLS loans you have received below: (LIST MOST RECENT LOANS FIRST)

| A) Lender/Holder and Address | B) Guarantee Agency CSAC | OOW | C) Total Amount Owed | D) School Period of your most recent loan: Beginning Date | Ending Date |
|---|---|---|---|---|---|
| Great Western | A | B | $ 4,000 | 7/10/89 | 3/23/90 |
| " " | A | B | $ 4,000 | | |
| | A | B | $ | | |
| | A | B | $ | | |

14. Requested Loan Amount: I request SLS $4,000

See borrowing limits and eligibility requirements

15. Enrollment Period Covered by This Loan: From 7/90 To 3/91

17. Name and City/State of Lender: Great Western

PROMISSORY NOTE FOR THE SUPPLEMENTAL LOANS FOR STUDENTS

PROMISE TO PAY: I, the undersigned student borrower, promise to pay to the lender or a subsequent holder of this promissory note all of the principal sum of

$4,000.00

or the amount advanced to me, plus interest described on the reverse side of this Note and described to me on the Disclosure Statement.

Signature: Debra Ann Epard  Date: 5/21/90

PART D—COMPLETED BY FINANCIAL AID OFFICER

PRINT OR TYPE ALL ENTRIES

21. School Code: 022285

22. Name and Address of School:
Life Chiropractic College West
2005 Via Barrett
San Lorenzo, CA 94580
Phone (415) 276-9013

23. Enrollment Status: Full-time ☑

24. Anticipated Completion Date: 09-91 (NEW)

25. Grade Level: Graduate or Professional 9 ☑

27. Enrollment period covered by loan: From 07-09-90 To 03-23-91

29. Estimated Cost of Attendance for Loan Period: $ 19160

30. Estimated Financial Aid for Loan Period: $ 7500

32. NET COST: $ 11660

33. Recommended Disbursement Date(s): 06/20/90, 09/11/90

34. Signature of Authorized School Official: Cindy Contreras 6/1/90
Cindy Contreras, FA Advisor

PART C—COMPLETED BY LENDER

PRINT OR TYPE ALL ENTRIES

LENDER COPY

"All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this endorsement."

Patricia A. Newman
EDFUND Asst. Vice President
Defaulted Accounts Mgmt. Branch
California Student Aid Commission
P.O. Box 419032
Rancho Cordova, CA 95741-9032

FEB 24 03

"All rights, title and interest of the ... is hereby assigned without recourse except that the note qualifies for insurance to the California Student Aid Commission."

AMERICAN EDUCATIONAL SERVICES

Director, Student Loan Servicing Center

16 MAR 1995

Date

(3)

LICATION
CE TO REPAY

# APPLICATION/PROMISSORY NOTE STAFFORD STUDENT LOAN

(Formerly named the California Guaranteed Student Loan)
California Student Aid Commission, Guarantor

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS LAST COPY.

NOTE: If you use this form to establish eligibility for federal student aid and you purposely give false or misleading information, you may get a $10,000 fine, a prison sentence, and/or criminal prosecution under California Codes.

9601540075

## PART A—COMPLETED BY STUDENT

PRINT OR TYPE ALL ENTRIES

| | | | |
|---|---|---|---|
| 1 Social Security Number: 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 | 2. Applicant's Last Name: Epard | First Name: Debbie | M.I.: A |
| 3 Date of Birth MO DA YR: 03 16 55 | 4. Permanent Home Address: 1790 34th Ave San Fran. CA | | Area/Phone: (415) 7532694 |
| 5 U.S. Citizenship (See instructions): A U.S. Citizen or National ☑ B Eligible Non-Citizen ☐ C Neither ☐; If you checked B, list your Alien Registration Number | City: same | State | ZIP Code: 94122 |
| | 7. Address and Phone While Attending School (if known) | | |
| 8. State of Permanent Residence: State Code CA, Since 9 76 (MO YR) | 9 Driver's License: State Code MD, Number E-163139-067 | 10 | |

11 REFERENCE INFORMATION—All references must be in the United States and have different addresses

| | 11A | 11B | 11C |
|---|---|---|---|
| | Parent or Guardian ☐ Other Adult Relative ☑ | Other Parent if not shown above ☐ Other Adult Relative ☐ | Other Adult Relative ☐ Friend ☑ |
| Name | Nancy Smith | Susan Martin | Dominic Mussio |
| Home Address | 7 Ophin Ct | 5810 Arbutus Ave | 834-B Ed Graton |
| City, State, ZIP Code | Timonium MD 21093 | Baltimore MD 21207 | Chula Vista CA 92011 |
| Phone | (301) 252-7762 | (301) 486-7085 | (619) 420-5199 |

12. Prior student loan history: List all FISL/CGSL loans you have received

| A) Lender/Holder and Address | B) Guarantee Agency CSAC | Other | C) Total Amount Owed | D) Earliest Period of your most recent loan: Beginning Date | Ending Date | E) Interest Rate |
|---|---|---|---|---|---|---|
| GSL/WEB | (A) | B | $ 4,3950.00 | 7/88 | 3/89 | 7% (8%) 9% 10% |
| | A | B | $ | | | 7% 8% 9% 10% |
| | A | B | $ | | | 7% 8% 9% 10% |
| | A | B | $ | | | 7% 8% 9% 10% |

F Do you have any outstanding Stafford (CGSL), SLS, or PLUS loan made for a period of enrollment prior to July 1, 1988 or a Consolidation loan which repaid loans made for a period of enrollment prior to July 1, 1988? Yes ☐ No ☒

13 Requested Loan Amount: I request a loan $ 7,500
(NOT AMOUNT AUTHORIZED AND TRANSFERRED TO LENDER)
*See back for limits and eligibility requirements

14. Loan Period Covered by This Loan: From 7/89 To 3/90 (MO YR)

15 Have you ever ... Yes ☑ No ☐

16. Name and City/State of Lender: WELLS FARGO BANK, WALNUT CREEK CA

PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION

PROMISE TO PAY: I, the undersigned student/borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder of the LOAN AMOUNT REQUESTED (item 13 above)

17. ________ DOLLARS ($ ________ .00)
(Write in the dollar amount requested—must be same as item 13)

or amount advanced to me, plus amounts described on the reverse side of this Note and listed for me on the Disclosure Statement which I will receive no later than when I receive my loan check(s). My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "BORROWER CERTIFICATION STATEMENT" on the reverse side of this form.

See attached

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE DISCLOSURE STATEMENT AND ANY AGREEMENTS I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THIS DOCUMENT.

18 X Debbie Epard    19 5/10/89
SIGNATURE OF STUDENT/BORROWER    DATE

NOTICE TO STUDENT/BORROWER: Read TERMS OF PROMISSORY NOTE on reverse side.

## PART B—COMPLETED BY FINANCIAL AID OFFICER

PRINT OR TYPE ALL ENTRIES

| | | | |
|---|---|---|---|
| 21 School Code: 022285; A CALS ☐ | 22. Name and Address of School: Life Chiropractic College West, 2005 Via Barrett San Lorenzo, CA 94580 Phone (415) 276-9013 | 23 Enrollment Status: Full-time ☑ Half-time or Greater ☐ Less than Half-time ☐ | 24 Anticipated Completion Date: 9/90 (MO YR) |
| 25 Grade Level: UNDERGRAD/VOCATIONAL 1☐ 2☐ 3☐ 4☐ 5☐; GRAD or PROFESSIONAL 6☐ 7☐ 8☑ 9☐ 10☐; CEP 0☐ | 26 Dependency Status: Dependent ☐ Independent ☑ | 27 Enrollment period covered by loan: From 7/10/89 To 3/23/90 | |
| 28 Family Adjusted Gross Income: $ 0 | 29 Estimated Cost of Attendance of Loan Period: $ 17985 | 30 Estimated Financial Aid for Loan Period: $ 0 | 31 Expected Family Contribution: $ 1200 / 32 Net Need: $ 16785 |
| 33 Recommended Disbursement Date(s): 6/16/89, 10/5/89 | | 34 My signature certifies that I have read and agreed to the terms ... | 35 Signature of Authorized School Official: X Maureen Wilson 5/23/89; Maureen Wilson, Fin. Aid Officer |

## PART C—COMPLETED BY LENDER

PRINT OR TYPE ALL ENTRIES

| 35 Lender Code/Name | 36. Signature of Authorized Lender Official | 37 Loan Amount | 38 | 39 Disbursement Date(s) | 40 Amount(s) |
|---|---|---|---|---|---|
| WELLS FARGO BANK 873298 | N. PONI CREDIT OFFICER 6/14/89 | 7500 | ☑ | 6/16/89; 10/5/89 | $3750; $3750 |

LENDER COPY

EXHIBIT A-7

## TERMS OF THE PROMISSORY NOTE

"All rights, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by the execution of this endorsement"

Patricia A. Newman
EDFUND Asst. Vice President
Defaulted Accts Mgmt Branch
California Student Aid Commission
P.O Box 419032
Rancho Cordova, CA 95741-9032

FEB 4 '03

[signature]
Signature

"All right, title, and interest of the undersigned is hereby assigned, without warranty, except that the note qu[illegible] for insurance to the California Student Aid Commission [illegible]"

EduServ Technologies, Inc.
as authorized agent of Union Bank, trustee for California Higher Education Loan Authority

By: Dana M. Childress

Date: 11-14-95

WELLS FARGO BANK

(8)

005055

AUG 3 1988

STUDENT APPLICATION
-PROMISE TO REPAY

**APPLICATION/PROMISSORY NOTE
SUPPLEMENTAL LOANS FOR STUDENTS**
(known as California Loans to Assist Students (CLAS) in California)
California Student Aid Commission, Guarantor

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS BLUE COPY

WARNING: This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

9503160048

**PART A—COMPLETED BY STUDENT** — PRINT OR TYPE ALL ENTRIES

1. Social Security Number: 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
2. Applicant's Last Name: Enud — First Name: Debra — M.I.: N/A
3. Date of Birth (MO DA YR): 3 16 55
4. Permanent Home Address: 1790 34th Ave — San Francisco CA 94122
5. Home Phone: (415) 7532694
6. U.S. Citizenship: A. U.S. Citizen or National [X] B. Eligible Non-Citizen [ ] C. Not A or B [ ]
7. Address and Phone While Attending School: Same
8. State of Permanent Residence: State Code CA Since 9 77
10. Driver's License: State Code MD Number E-163-137-067
11. Major/Course of Study Code: 6

12. REFERENCE REQUIREMENT—All references must be in the United States and be at different addresses.

| | A. | B. | C. |
|---|---|---|---|
| Name | Dora Rip | Susan Merchin | [illegible] |
| Home Address | 12220 Menlo Dr | Arbutus Ave | 435 [illegible] Lane |
| City, State, ZIP | Los Altos, CA 94022 | Baltimore MD 21208 | Pasadena MD 21122 |
| Phone | (415) 9494082 | (301) 486 7081 | (301) 437 3363 |

13. Prior student loan history: List all PLUS, ALAS, CLAS, or SLS loans you have received below: (LIST MOST RECENT LOANS FIRST)

| A) Lender/Holder and Address | B) Guarantee Agency CSAC | Other | C) Total Amount Owed | D) School Period Beginning Date | Ending Date | E) Interest Rate |
|---|---|---|---|---|---|---|
| N/A | A | B | $ | | | 12% / Variable |
| | A | B | $ | | | 12% / Variable |
| | A | B | $ | | | 12% / Variable |
| | A | B | $ | | | 12% / Variable |

14. Requested Loan Amount: I request SLS $ 4000
15. Enrollment Period Covered by This Loan: From 9/88 To 3/89
16. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant? Yes [ ] No [X]
17. Name and City/State of Lender: GREAT WESTERN
18. Repayment Terms: A. Deferred Payment [X]

PROMISSORY NOTE FOR THE SUPPLEMENTAL LOAN FOR STUDENTS (SLS) (also known as California Loans to Assist Students (CLAS) in California)

PROMISE TO PAY: I, the undersigned student-borrower (identified above) promise to pay to my lender or a subsequent holder of this promissory note all of the principal sum of

$ Four thousand dollars .00

(Write your Requested Loan Amount — Must be same as Item 14)

or the amount advanced to me, plus amounts described on the reverse side of this Note and described to me on the Disclosure Statement which I will receive no later than when I receive my loan check. My signature certifies that I have read, understand and agreed to the conditions and authorizations stated in the Borrower Certification Statement on the reverse side of this note.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE I READ IT, INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE DISCLOSURE STATEMENT AND ANY AGREEMENTS I SIGN. BY SIGNING THIS NOTE I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THIS DOCUMENT. I ALSO UNDERSTAND THAT THE PROCEEDS OF THIS CLAS LOAN WILL BE SENT TO THE SCHOOL LISTED ON MY APPLICATION FOR DELIVERY TO ME.

Signature of Student-Borrower: Debra Enud — Date: 7/25/88

**PART B—COMPLETED BY FINANCIAL AID OFFICER** — PRINT OR TYPE ALL ENTRIES

21. School Code: 022285 — A. CALS [ ]
22. Name and Address of School: LIFE CHIROPRACTIC COLLEGE WEST, 2005 Via Barrett, San Lorenzo, CA 94580 Phone (415) 276-9013
23. Enrollment Status: Fulltime [X]
24. Anticipated Completion Date: 6/91
25. Grade Level: Grad or Professional 7 [X]
27. Enrollment period covered by Loan: From 9/12/88 To 3/17/89
29. Estimated Cost of Attendance of Loan Period: $ 17473
30. Estimated Financial Aid for Loan Period: $ 7500
32. NET COST: $ 9973
33. Recommended Disbursement Date (optional):
34. Signature of Authorized School Official: Maureen Wilson — 8/2/88
Maureen Wilson, Fin. Aid Officer — Date

**PART C—COMPLETED BY LENDER** — PRINT OR TYPE ALL ENTRIES

35. Lender Case/Reference — 36. Signature of Authorized Lending Official: X — Print Name, Title, Date

LENDER COPY