U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Debra A. Epard
aka Debra Ann Epard
aka Debra Epard
1830 17th NW St Apt 702
Washington, DC 20009
SSN: ███

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/07/06.

On or about 02/22/91, 05/21/90, 05/10/89, and 07/25/88, the borrower executed promissory note(s) to secure loan(s) of $1,200.00, 4,000.00, 4,000.00, and 4,000.00, from Great Western Bank at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by California Student Aid Commission and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/14/95, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $14,138.28 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 03/21/03, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $20,970.49 |
| Interest: | $16,699.56 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 03/07/06: | $37,670.05 |

Interest accrues on the principal shown here at the current rate of rate of 6.65% and a daily rate of $3.82 through June 30, 2006, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/22/06      Name: _____
                         Title: Loan Analyst
                         Branch: Litigation

EXHIBIT B-2

Jessica Liu
Loan Analyst

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS**

<u>Debra A. Epard</u>
<u>aka Debra Ann Epard</u>
<u>aka Debra Epard</u>
<u>1830 17th NW St Apt 702</u>
<u>Washington, DC 20009</u>
SSN: ▇▇▇▇▇▇▇

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from <u>03/07/06</u>.

On or about <u>02/22/91, 05/22/90, and 06/26/88</u>, the borrower executed promissory note(s) to secure loan(s) of $<u>3,345.00, 7,500.00, and 7,500.00</u>, from <u>Wells Fargo Bank</u> at <u>8.00</u> percent interest per annum. This loan obligation was guaranteed by <u>California Student Aid Commission</u> and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $<u>0.00</u> to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on <u>03/14/96</u>, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $<u>20,265.28</u> to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on <u>03/21/03</u>, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $<u>0.00</u> in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $24,867.91 |
| Interest: | $19,772.10 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of <u>03/07/06</u>: | $<u>44,640.01</u> |

Interest accrues on the principal shown here at the rate of $<u>5.45</u> per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/22/06     Name: *[signature]*
                                Loan Analyst

Jessica Liu
Loan Analyst

EXHIBIT B-1

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Debra A. Epard
aka Debra Ann Epard
aka Debra Epard
1830 17th NW St Apt 702
Washington, DC 20009
SSN:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/07/06.

On or about 05/10/89, the borrower executed promissory note(s) to secure loan(s) of $7,500.00, from Wells Fargo Bank at 8.00 percent interest per annum. This loan obligation was guaranteed by California Student Aid Commission and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $2,809.21 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 03/14/96, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,083.32 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 03/21/03, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $5,083.32 |
| Interest: | $4,041.67 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 03/07/06: | $9,124.99 |

Interest accrues on the principal shown here at the rate of $1.11 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/22/06

Name: _____
Title:   Loan Analyst
Branch: Litigation

Jessica Liu
Loan Analyst

EXHIBIT B-2