| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? <br> _Private Process Services_ | Date <br> 4/25/07 |
| NAME OF SERVER (PRINT) <br> _Scott Tilles_ | Title <br> P.P.S |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served _8830 Cameron Ct_
_Silver Spring, md 20910_

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services <br> _Personal Service_ | Total <br> ~~36.00~~ 31.00 |
|---|---|---|

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _4/25/07_
            Date

Signature of Server _[signature]_

Address of Server
_1722 Canal Run Dr_
_Point of Rocks, Md_
_21777_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

United States of America
c/o Herbert A. Rosenthal
1020–19TH Street, NW, #400
Washington, DC 20036

Case Number: 1:06CV00931JGP

v.

Debra A. Epard
1830 17th Nw St Apt 702
Washington, DC 20009
SSN XXX-XX-9307

TO: (Name and Address of Defendant)

Debra A. Epard
1830 17th Nw St Apt 702
Washington, DC 20009
SSN XXX-XX-9307

Tel No. (301) 495-6490

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (Name and Address:
Herbert A. Rosenthal

Suite 400
1020 19th Street, N.W.
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK OF THE COURT

United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

BY: _____
DEPUTY CLERK

DATE: 3/26/07