UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No.: 1:06CV00931 JGP

        v.

Debra A. Epard,

        Defendant.

**APPLICATION AND DECLARATION FOR
ENTRY OF DEFENDANT'S DEFAULT**

The United States of America hereby applies to the Clerk of the Court for entry of defendant's default and declares as follows:

1. I am a private counsel for the United States in this case and in that capacity have been assigned to represent the interests of plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant, Debra A. Epard, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application state as follows:

    a)  The defendant was personally served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure, as is reflected in the Affidavit of Service filed in the case.

    b)  Upon Plaintiff's information and belief, the defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520.

    c)  The defendant has neither answered nor otherwise responded formally to the

Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

WHEREFORE plaintiff requests the Clerk of the Court to enter the defendant's default.

I, Herbert A. Rosenthal, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. §1746(2), that the above statements are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

DATE: June 20, 2007

/S/
_____
Herbert A. Rosenthal (Bar No. 11007)
Attorney for the United States
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036
PH:  (202) 785-9773 / FAX (202) 659-3526

c:\CLASS\TEMPLATES\DEFAULT.WPD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:06CV00931 JGP |
| | ) |
| v. | ) |
| | ) |
| Debra A. Epard, | ) |
| | ) |
| Defendant. | ) |

## **DEFAULT**

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on April 25, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, 200_, declared that:

Defendant herein is in default.

                                                        NANCY MAYER-WHITTINGTON
                                                        CLERK OF THE COURT


                            BY: _____
                                        DEPUTY CLERK