Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

    v.                                     Civil Action No. 06-931 (JGP)

DEBRA A. EPARD

    Defendant(s)

RE: DEBRA A. EPARD

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 25, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of June, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk