CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
)
)
                   **Plaintiff**    )
v.                              )    Civil Case Number 06-0931 (DAR)
)
)
)
DEBRA A. EPARD              )    Category J
)
              **Defendant**   )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on September 18, 2007 from Judge John Garrett Penn to Magistrate Judge Deborah A. Robinson by direction of the Calendar Committee.

(Case transferred by consent.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Magistrate Judge Robinson & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk