UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No.06CV00931 DAR |
| DEBRA A. EPARD | : |
| Defendant, and | : |
| CAYUGA CHIROPRACTIC HEALTH CENTER | |
| Garnishee | : |

**PLAINTIFF'S MOTION FOR
AN ORDER TO SHOW CAUSE WHY DEFENDANT AND CAYUGA CHIROPRACTIC
HEALTH CENTER SHOULD NOT BE HELD IN CONTEMPT AND WHY JUDGMENT
SHOULD NOT BE ENTERED AGAINST CAYUGA CHIROPRACTIC HEALTH
CENTER**

The United States of America, though its undersigned counsel, moves for an Order to Show Cause why CAYGUA Chiropractic Health Center and the defendant, Debra A. Epard, should not be held in contempt and why judgment should not be entered against CAYUGA Chiropractic Health Center. As grounds for this Motion, Plaintiff refers the Court to the accompanying Memorandum of Points and Authorities.

**Plaintiff requests that this matter be placed on the Court's hearing docket.**

Respectfully Submitted,

_____
Herbert A. Rosenthal, Bar No. 11007
Attorney for the Plaintiff,
The United States of America
1020-- 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 785 9773

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Plaintiff's Motion for an Order to Show Cause Why Defendant and CAYUGA Chiropractic Health Center Should Not Be Held in Contempt and Why Judgment Should Not Be Entered Against CAYUGA Chiropractic Health Center and the accompanying Memorandum and proposed Orders have been mailed, first class mail, postage prepaid to: Dera A. Epard, 8830 Cameron Ct., Suite 602, Silver Spring, MD 20910 and to CAYUGA Chiropractic Health Center, 8830 Cameron Court, Suite #602, Silver spring, MD 20910 this 18th day of January 2008.

 

_____
Herbert A. Rosenthal, Bar No. 11007
Attorney for the Plaintiff,
The United States of America
1020-- 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 785 9773

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                    :
       Plaintiff,                   :
                                    :    Civil Action No.06CV00931 DAR
v.                                  :
                                    :
DEBRA A. EPARD                      :
                                    :
                                    :
       Defendant,
and
CAYUGA CHIROPRACTIC HEALTH CENTER

       Garnishee

### MEMORANDUM OF POINTS AND AUTHORITIES

**FACTUAL BACKGROUND**

    As grounds for this motion, the plaintiff states the following factual background:

    (1)    On August 23, 2007 the Plaintiff obtained a judgment against the Defendant in the amount of: $50,921.72 in principal; $40,513.33 in accrued interest as of 03/07/2006; for a total judgment of $91,435.05, with continuing post-judgment interest at the legal rate of 4.440%, plus attorney's fees of $29, 259.22 and costs of this action.

    (2)    The Defendant is an employee of CAYUGA Chiropractic Health Center. Plaintiff believes that CAYUGA Chiropractic Health Center is controlled by the Defendant. On August 27, 2007, this Court issued a Writ of Garnishment on CAYUGA Chiropractic Health Center ("Garnishee") in order to attach the Defendant's wages.

    (3) The Garnishee refused to acknowledge the Writ of Garnishment forwarded to and served on it by Certified Mail ( signed for by Lenore Gutts). *See Attachment, Exhibit 1.*

1

(4) The Garnishee failed and refused to file an Answer to the Writ of Garnishment. Since being served with the Writ of Garnishment, the Garnishee has paid nothing from the Defendant's wages to the Plaintiff, as the Writ of Garnishment requires.

(5) As of the date of this filing, the Defendant has made no payments on this judgment.

**ARGUMENT**

A Show Cause Order should be issued against both the Defendant and the Garnishee. Plaintiff believes that the Garnishee, CAYUGA Chiropractic Health Center, is controlled by the Defendant. Defendant has actively avoided her obligations to repay her student loan. In any event, there is no justification for either party to ignore the instructions of this Court to answer the Garnishment and to attach the Defendant's wages. The Garnishee's failure to abide by this Court's Writ of Garnishment constitutes contempt of Court.

The Defendant's refusal to honor her obligation to repay her student loan, and failure of CAYUGA Chiropractic Health Center to answer the Writ Of Garnishment constitutes a contempt of Court.

Accordingly, the United States of America, though the undersigned counsel, requests that Show Cause Orders be issued to both the Defendant and the Garnishee, CAYUGA Chiropractic Health Center requiring each to show cause why each should not be held in contempt and requiring CAYUGA Chiropractic Health Center to show cause why judgment should not be entered against it for the judgment amount owed to the United States by the defendant.

Proposed orders are provided for consideration by the Court.

Respectfully Submitted,

_____
Herbert A. Rosenthal, Bar No. 11007
Attorney for the Plaintiff,
The United States of America

1020-- 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH:   (202) 785 9773
FAX: (202) 659 3526

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.06CV00931 DAR |
| v. : | |
| : | |
| DEBRA A. EPARD : | |
| : | |
| Defendant, : | |
| and | |
| CAYUGA CHIROPRACTIC HEALTH CENTER | |
| | |
| Garnishee : | |

## SHOW CAUSE ORDER
## TO CAYUGA CHIROPRACTIC HEALTH CENTER
## AND TO DEFENDANT DEBRA A. EPARD

Upon consideration of the Plaintiff's Motion for an Order to Show Cause Why CAYUGA Chiropractic Health Center, and Debra A. Epard Should Not Be Held in Contempt and Why Judgment Should Not Be Entered Against CAYUGA Chiropractic Health Center, the Memorandum filed in support of the Motion, and the entire record in this case, and for good cause shown, it is this _____ day of _____ 2008, by the United Stated District Court for the District of Columbia,

ORDERED that said motion be and hereby is GRANTED and the Garnishee in this case, CAYUGA Chiropractic Health Center, and the defendant Debra A. Epard hereby ordered to appear before Magistrate Judge Deborah A. Robinson, in the United States District Court for the District of Columbia at 3rd Street, N.W. and Constitution Avenue, N.W. on _____, 2008 at _____ A.M. **COURTROOM NO. 4, Second Floor,** to show cause why CAYUGA Chiropractic Health Center should not be held in contempt of court and why judgment should not be entered against it for the amount of money which is owed to the United States by the defendant.

1

_____
United States Magistrate Judge, Deborah A. Robinson

Copies to:

    1). Herbert A. Rosenthal, 1020–19th Street, N.W., Suite 400 Washington, D.C. 20036
    2). Dera A. Epard, 8830 Cameron Ct., Suite 602, Silver Spring, MD 20910
    3). CAYUGA Chiropractic Health Center, 8830 Cameron Court, Suite #602, Silver Spring MD 20910

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lenore Gotts_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>LENORD GOTTS |
| 1. Article Addressed to:<br>CAYUGA Chiropractic<br>Health Center<br>8830 Cameron Ct.<br>Suite # 602<br>Silver Spring, MD 20910<br>Attn: Office/Payroll Mngr | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below<br>[SILVER SPRING MD BLAIR USPO JAN 3 2008 postmark]<br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0001 5410 5226 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



EXHIBIT 1