# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                    Plaintiff,   )
                           )      Civil Action No.1: 06CV00931 (DAR)
v.   )
                           )
DEBRA A. EPARD   )
                 Defendant(s).   )
                           )
and   )
CAYUGA CHIROPRACTIC HEALTH CENTER
                           )
               Defendant(s).   )

## PRAECIPE TO WITHDRAW SHOW CAUSE

      The Attorney for the Government will withdraw its Motions For a Show Cause Order without prejudice at this time.

February 1, 2008

                                      Respectfully submitted,

                                       _/S/_____
                                       Herbert A. Rosenthal
                                       Attorney For Plaintiff
                                       Bar No. 11007
                                       1020 19th Street, NW
                                        Suite 400
                                       Washington, DC  20006
                                       202-785-9773

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe was mailed, first class mail, postage this 1st day of February 2008 to the following:

Debra A. Epard
8830 Cameron Court, Suite #602
Silver Spring, MD 20910

CAYUGA CHIROPRACTIC HEALTH CENTER
8830 Cameron Court, Suite #602
Silver Spring, MD 20910

____/S/_____
Herbert A. Rosenthal